IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN SOO J KO and <br> SANA HAMID ALI, <br> on behalf of Plaintiffs and <br> the class members described <br> herein, <br><br>                 Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF THE POTOMAC <br> AT CHICAGO LLC,  and <br> POTOMAC COLLEGE, LLC, <br> both doing business as <br> University of the Potomac; <br> LINDEN EAST, LLC; <br> ROSANNA DEPINTO, <br> also known as ROSANNA <br> MASTRANTUONO; <br> ARTHUR L. SMITH JR., <br> also known as LEE SMITH; <br> and ANDREA FORD; <br><br>                 Defendants. | Case No.: 1:24cv1455 <br> Honorable Georgia N. Alexakis |

### STIPULATION TO DISMISS

Plaintiffs, Susan Soo J Ko and Sana Hamid Ali ("Plaintiffs"), and Defendants, University of the Potomac at Chicago LLC, Potomac College, LLC, Linden East, LLC, Rosanna DePinto, Arthur L. Smith Jr., and Andrea Ford, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of Plaintiffs' claims without prejudice, with each party to bear hers/his/its own costs.


*s/ Tara L. Goodwin*                                                           *s/ Christine E. Skoczylas*
Daniel A. Edelman                                                          Christine E. Skoczylas

| | |
|---|---|
| Tara L. Goodwin<br>Caileen M. Crecco<br>*EDELMAN, COMBS, LATTURNER*<br>    *& GOODWIN, LLC*<br>20 S. Clark Street, Suite 1800<br>Chicago, IL 60603<br>(312) 739-4200<br>*Counsel for Plaintiffs* | BARNES & THORNBURG LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>(tel) 312-357-1313<br>(fax) 312-759-5646<br>christine.skoczylas@btlaw.com<br><br>Noah A. Katsell (*pro hac vice*)<br>Noah.Katsell@btlaw.com<br>*BARNES & THORNBURG LLP*<br>655 West Broadway, Suite 1300<br>San Diego, CA 92101<br>(619) 321-5000<br>(310) 284-3894<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

    I, Tara L. Goodwin, hereby certify that on October 17, 2024 I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent to all counsel of record.

                                                          *s/ Tara L. Goodwin*
                                                          Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200