# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Susan Soo J Ko, et al.

                              Plaintiff,

v.                               Case No.: 1:24−cv−01455
                                                       Honorable Georgia N Alexakis

University of the Potomac at Chicago LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 18, 2024:

      MINUTE entry before the Honorable Georgia N Alexakis: Pursuant to the stipulation to dismiss, this case is dismissed without prejudice, with each party to bear their own costs. The pending motions [41] [57] [59] are stricken. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.